5

United States District Court
Southern District of Texas
ENTERED

MAR 15 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO TREVINO ROSALES § | |
| Petitioner, § | |
| § | |
| v. § | |
| § | ACTION NO. B-00-012 |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, the Report and Recommendation is hereby ADOPTED; and Petitioner's petition for habeas corpus relief pursuant to 28 U.S.C. §2254 is hereby DENIED.

DONE in Brownsville, Texas on this 15 day of March, 2000.

_____
Hilda Tagle
United States District Judge

4