UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 5 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| GILBERTO TREVINO ROSALES § | |
| § | |
| v. § | MISC. NO. B-00-012 |
| § | |
| GARY JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION. § | |

## ORDER

1. After a de novo review of the file, this Court is of the opinion that Respondent Johnson's Motion to Alter or Amend the Judgment Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Pleading No. 7), should be GRANTED.

2. Accordingly, this Court's Judgment, pursuant to its Order of March 15, 2000, is hereby AMENDED to revoke its adoption of the Magistrate Judge's Report and Recommendation.

3. For the reasons provided by the Magistrate Judge's Memo of November 29, 2000, Petitioner's Writ of Habeas Corpus Petition is hereby DENIED and DISMISSED with prejudice.

DONE in Brownsville, Texas this 15 day of December 2000.

_____
Hilda Tagle
United States District Judge